# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136586 & (43)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FRANK RICHARD JACOBSON,
      Plaintiff-Appellant,

v

NORFOLK DEVELOPMENT CORPORATION,
      Defendant-Appellee.

SC: 136586
COA: 281587
Washtenaw CC: 06-000289-CH

_____/

      On order of the Court, the application for leave to appeal the March 5, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

t0828